# UNITED STATES DISTRICT COURT



**FILED**
DISTRICT COURT OF GUAM

MAY 2 7 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT OF _____ GUAM

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**JOHN TIMOTHY PERALTA**

Case Number: **CR-05-00039-002**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place **District Court of Guam** **4th Floor, U.S. Courthouse** **520 West Soledad Avenue** Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Room **413** |
|---|---|
| | Date and Time **Friday, May 27, 2005 at 10:00 a.m.** |

To answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21:952(a), 960(a)(1), (b)(1)(H) & 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)

21:841(a)(1), (b)(1)(A)(viii) & 846 - ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 3)

18:1956(a)(1)(B)(I), 1956(h) - MONEY LAUNDERING CONSPIRACY (COUNT 4)

| **MARILYN B. ALCON, Deputy Clerk** Name and Title of Issuing Officer | *Marilyn B. Alcon* Signature of Issuing Officer |
|---|---|

**May 25, 2005**
Date

# RETURN OF SERVICE

Service was made by me on:[1]    *John Mennan*    Date    *5/26/2005*

## Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at:

☑   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:   *SERVED TO DEFENDANTS ATTORNEY*

☐   Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    *5-27-05*
               Date

*J.C.G. Simms*
Name of United States Marshal

*Sidney Franklin J. Primque*
(by) Deputy United States Marshal

Remarks:

*Attorney William Gibbons*

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

Case 1:05-cr-00039    Document 4    Filed 05/27/2005    Page 2 of 2