

**FILED**
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT



### DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>**GERARDO ELOY GONZALEZ, JR., et al.,**<br><br>　　　　　Defendants. | CRIMINAL CASE NO. 05-00039<br><br>O R D E R |

IT IS HEREBY ORDERED that **CYNTHIA V. ECUBE** is appointed to represent defendant **GERARDO ELOY GONZALEZ, JR., WILLIAM GAVRAS** is appointed to represent defendant **JOHN TIMOTHY PERALTA, SAMUEL TEKER** is appointed to represent defendant **DEANNA INGRID MORALES aka DEANNA MORALES GUERRERO, CURTIS VAN DE VELD** is appointed to represent defendant **SEAN MICHAEL COLE aka SHAWN COLE, LOUIE YANZA** is appointed to represent defendant **GILBERT JOSE MATTA,** and **JOAQUIN C. ARRIOLA, JR.** is appointed to represent defendant **JESSICA ROSE MESA** in the above-entitled case *nunc pro tunc* to May 25, 2005.

Dated this 27th day of May, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM