
DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00039 |
|---|---|
| Plaintiff, | |
| vs. | O R D E R |
| **GERARDO ELOY GONZALEZ, JR., et al.,** | |
| Defendants. | |

IT IS HEREBY ORDERED that **G. PATRICK CIVILLE** is appointed to represent defendant **LISA MARIE RODRIGUEZ aka LISA RODRIGUEZ-COLE.**

Dated this 27th day of May, 2005.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM