AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

FILED
DISTRICT COURT OF GUAM
JUN 13 2005
MARY L.M. MORAN
CLERK OF COURT
(34)

DISTRICT OF _____ GUAM

| UNITED STATES OF AMERICA | NOTICE |
|---|---|
| V. | |
| SEALED | CASE NUMBER: CR-05-00039 |

TYPE OF CASE:

☐ CIVIL      X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**MOTION TO RECONSIDER DETENTION**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE District Court of Guam 4th Floor U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 | DATE AND TIME PREVIOUSLY SCHEDULED Wednesday, June 15, 2005 - 11:30 a.m. | CONTINUED TO DATE AND TIME Thursday, June 16, 2005 at 2:45 p.m. |
|---|---|---|

MARY L.M. MORAN
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

BY: *Rosita P. San Nicolas*
ROSITA P. SAN NICOLAS, CHIEF DEPUTY CLERK

June 13, 2005
DATE

TO: MARIVIC DAVID   USA (6/13/05 Michelle) 10:50 am
ACKNOWLEDGED RECEIPT
By: _____
Date: 6/13/05

LOUIE YANZA (6/13/05 Sevida) 11/10 am
ACKNOWLEDGED RECEIPT
By: _____
Date: _____

U.S.P.O
ACKNOWLEDGED RECEIPT
By: _____
Date: 6/13/05

U.S.M.S
ACKNOWLEDGED RECEIPT
By: _____
Date: 6/13/05

ORIGINAL

Case 1:05-cr-00039  Document 34  Filed 06/13/2005  Page 1 of 1