FILED
DISTRICT COURT OF GUAM
JUL -1 2005
MARY L.M. MORAN
CLERK OF COURT

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant Sean Michael Cole

DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GERARDO ELOY GONZALEZ, JR., et al.<br><br>    Defendants. | Criminal Case No. 05-00039<br><br>ORDER GRANTING MOTION FOR CONTINUANCE |

Defendant Sean Michael Cole having moved for an order that the commencement of the trial of this case be continued, and it appearing to the Court that the ends of justice served by granting such a continuance outweigh the best interest of the public and defendant Cole in a speedy trial for the reason that the failure to grant a continuance would deny counsel for defendant Cole the reasonable time necessary for effective preparation, taking into account due diligence, now, therefore,

IT IS ORDERED that the commencement of the trial of this case is continued to _August 30_, 2005, at _9:00 a._.M.

Dated at Hagåtña, Guam, this _1st_ day of _July_ 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

(Order.SCole)

RECEIVED JUN 28 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM
ORIGINAL
Case 1:05-cr-00039    Document 45    Filed 07/01/2005    Page 1 of 1