1 LEONARDO M. RAPADAS
United States Attorney
2 MARIVIC P. DAVID
Assistant U.S. Attorney
3 Sirena Plaza Suite 500
108 Hernan Cortez Avenue
4 Hagatna, Guam 96910
Telephone: (671) 472-7332
5 Telecopier: (671) 472-7334

6 Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL - 5 2005 nbv

**MARY L.M. MORAN**
**CLERK OF COURT**

(46)

7    **IN THE UNITED STATES DISTRICT COURT**

8    **FOR THE DISTRICT OF GUAM**

9
UNITED STATES OF AMERICA,           )     CRIMINAL CASE NO. 05-00039
10                                   )
                    Plaintiff,       )
11                                   )
                                     )
12          vs.                      )
                                     )
13                                   )
GERARDO ELOY GONZALEZ, JR.,          )     **MOTION TO DISMISS**
14 JOHN TIMOTHY PERALTA,             )     **INDICTMENT; AND**
DEANNA INGRID MORALES                )     **ORDER**
15 a/k/a DEANNA MORALES GUERRERO,    )
SEAN MICHAEL COLE,                   )
16 a/k/a SHAWN COLE,                 )
GILBERT JOSE MATTA,                  )
17 JESSICA ROSE MESA,                )
LISA MARIE RODRIGUEZ                 )
18 a/k/a LISA RODRIGUEZ-COLE, and    )
ANNETTE JOYCE GONZALEZ               )
19 a/k/a ANNETTE ROMERO,             )
                                     )
20                  Defendants.      )
                                     )
_____ )
21

22       COMES NOW the plaintiff, United States of America, by and through its undersigned

23 attorney, and moves that the Indictment in the above cause, as to defendant GERARDO ELOY

   GONZALEZ, JR., be dismissed, for the reason that the defendant has waived indictment and
24
   //
25
   //
26
   //
27
   //
28

1    entered a plea of guilty to an Information on May 31, 2005, under Criminal Case No. 05-00042,

2    which said Information has incorporated similar criminal acts described in the Indictment.

3        Respectfully submitted this 5th day of July, 2005.

4                                              LEONARDO M. RAPADAS
                                              United States Attorney
5                                              Districts of Guam and NMI

6
                                    By:  _____
7                                              MARIVIC P. DAVID
                                              Assistant U.S. Attorney
8

9    **APPROVED AND SO ORDERED** this ____ day of _____, 2005.

10

11

12                                              ROBERT M. TAKASUGI*
                                              Designated Judge
13                                              District Court of Guam

14

15

16

17

18

19

20   *The Honorable Robert M. Takasugi, United States District Court Judge for
     the Central District of California, sitting by designation
21

22

23

24

25

26   

27                                              JUL - 5 2005

28                    2                         DISTRICT COURT OF GUAM
                                              HAGATNA, GUAM