# ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez
4  Hagåtña, Guam  96910
   Telephone:  (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 1 1 2005 nov

MARY L.M. MORAN
CLERK OF COURT

(48)

7
                **IN THE UNITED STATES DISTRICT COURT**
8
                   **FOR THE DISTRICT OF GUAM**
9

05-00039 tc

10  UNITED STATES OF AMERICA,          )      CRIMINAL CASE NO. ~~04-00048~~
                                       )
11                       Plaintiff,    )
                                       )      **STIPULATION OF PARTIES TO**
12            vs.                      )      **UNSEAL RECORD; AND**
                                       )      **ORDER**
13                                     )
    GERARDO ELOY GONZALEZ, JR.,        )
14  JOHN TIMOTHY PERALTA,              )
    DEANNA INGRID MORALES              )
15  a/k/a DEANNA MORALES GUERRERO,     )
    SEAN MICHAEL COLE                  )
16  a/k/a SHAWN COLE,                  )
    GILBERT JOSE MATTA,                )
17  JESSICA ROSE MESA,                 )
    LISA MARIE RODRIGUEZ               )
18  a/k/a LISA RODRIGUEZ-COLE, and     )
    ANNETTE JOYCE GONZALEZ             )
19  a/k/a ANNETTE ROMERO,              )
                                       )
20                       Defendants.   )
    _____ )
21

22     The parties in the above-entitled  matter, the United States of America, and the defendants,

23  by and through their respective counsel, and moves this Honorable Court for an Order unsealing

24  //

25  //

26  //

27  //

28  //



1   the record in the above-entitled cause, for the reason that the investigation in this case is now

2   complete and there is no further reason for these proceedings to remain silent.

3         SO STIPULATED.

4                            LEONARDO M. RAPADAS
                           United States Attorney

5                            Districts of Guam and NMI

6

7 DATED: __7/8/05__        By: _____

8                          MARIVIC P. DAVID
                         Assistant U.S. Attorney

9 DATED: __4/8/05__

10                         CYNTHIA V. ECUBE
                       Attorney for Defendant

11                        Gerardo Eloy Gonzalez, Jr.

12 DATED: __7-8-05__

13                         WILLIAM L. GAVRAS
                       Attorney for Defendant

14                        John Timothy Peralta

15 DATED: __7-11-05__

16                         SAMUEL S. TEKER
                       Attorney for Defendant

17                        Deanna Ingrid Morales

18

19 DATED: _____        _____
                        HOWARD TRAPP

20                        Attorney for Defendant
                       Sean Michael Cole

21 DATED: __7/8/05__

22                         LOUIE J. YANZA
                       Attorney for Defendant

23                        Gilbert Jose Matta

24 //

25 //

26 //

27 //

28 //

DATED: 7/6/05

JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant
Lisa Marie Rodriguez
JESSICA MESA

**IT IS SO ORDERED** that the record be unsealed this _11d_ day of July, 2005.

ROBERT M. TAKASUGI*
United States District Judge
District Court of Guam

*The Honorable Robert M. Takasugi, United States District Court Judge for the
Central District of California, sitting by designation



RECEIVED

JUL 1 1 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-