```
AO 435
(Rev. 1/90)                    ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS        FOR COURT USE ONLY
                                                                                         DUE DATE:
                                         TRANSCRIPT ORDER
Read Instructions on Back.
```

| 1. NAME                                              | 2. PHONE NUMBER                | 3. DATE                      |
|------------------------------------------------------|--------------------------------|------------------------------|
| HOWARD TRAPP INCORPORATED                            | (671) 477-7000                 | July 27, 2005                |
| 4. MAILING ADDRESS                                   | 5. CITY        | 6. STATE      | 7. ZIP CODE   |
| 200 Saylor Building; 139 Chalan Santo Papa           | Hagatna        | Guam          | 96910         |
| 8. CASE NUMBER          | 9. JUDICIAL OFFICIAL       | DATES OF PROCEEDINGS                          |
| CR 05-00039-004         |                            | 10. FROM                | 11. TO              |
| 12. CASE NAME           |                            | LOCATION OF PROCEEDINGS                       |
| USA vs Sean Michael Cole |                           | 13. CITY  Hagatna       | 14. STATE  Guam     |

15. ORDER FOR
- [ ] APPEAL           [X] CRIMINAL           [ ] CRIMINAL JUSTICE ACT           [ ] BANKRUPTCY
- [ ] NON-APPEAL       [ ] CIVIL              [ ] IN FORMA PAUPERIS              [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS                          | DATE(S) | PORTION(S)                        | DATE(S)           |
|-----------------------------------|---------|-----------------------------------|-------------------|
| [ ] VOIR DIRE                     |         | [ ] TESTIMONY (Specify Witness)   |                   |
| [ ] OPENING STATEMENT (Plaintiff) |         |                                   |                   |
| [ ] OPENING STATEMENT (Defendant) |         |                                   |                   |
| [ ] CLOSING ARGUMENT (Plaintiff)  |         | [X] PRE-TRIAL PROCEEDING (Spcy)   | July 1, 2005      |
| [ ] CLOSING ARGUMENT (Defendant)  |         | Motion for continuance of trial.  |                   |
| [ ] OPINION OF COURT              |         |                                   |                   |
| [ ] JURY INSTRUCTIONS             |         | [ ] OTHER (Specify)               |                   |
| [ ] SENTENCING                    |         |                                   |                   |
| [ ] BAIL HEARING                  |         |                                   |                   |

17. ORDER

| CATEGORY  | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|-----------|---------------------------------------------|------------|-------------------|-----------------------|-------|
| ORDINARY  | [X]                                         | [X]        | NO. OF COPIES     |                       |       |
| EXPEDITED | [ ]                                         | [ ]        | NO. OF COPIES     |                       |       |
| DAILY     | [ ]                                         | [ ]        | NO. OF COPIES     |                       |       |
| HOURLY    | [ ]                                         | [ ]        | NO. OF COPIES     |                       |       |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: [signature]
19. DATE: June 27, 2005

ESTIMATE TOTAL:
PROCESSED BY:
PHONE NUMBER:

FILED
DISTRICT COURT OF GUAM
JUL 27 2005
MARY L.M. MORAN
CLERK OF COURT

(53)

| TRANSCRIPT TO BE PREPARED BY       |                  | COURT ADDRESS            |
|------------------------------------|------------------|--------------------------|
| ORDER RECEIVED                     | DATE 7/27/05  BY Wm |                       |
| DEPOSIT PAID                       |                  | DEPOSIT PAID             |
| TRANSCRIPT ORDERED                 |                  | TOTAL CHARGES            |
| TRANSCRIPT RECEIVED                |                  | LESS DEPOSIT             |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |       | TOTAL REFUNDED           |
| PARTY RECEIVED TRANSCRIPT          |                  | TOTAL DUE                |

(Previous editions of this form may also be used)    ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY