William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
JOHN TIMOTHY PERALTA

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
AUG 18 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. CASE NO. 05-00039 |
| vs. | |
| JOHN TIMOTHY PERALTA, | STIPULATION FOR RELEASE TO THIRD PARTY CUSTODIAN (REDACTED) |
| Defendant. | |

### STIPULATION FOR RELEASE TO THIRD PARTY CUSTODIAN

**COME NOW** the parties and stipulate as follows:

1. The Government through Assistant U.S. Attorney Marivic David, stipulates to release Defendant JOHN TIMOTHY PERALTA upon the conditions set forth below.

2. Maria Cruz, U.S. Probation Officer, stipulates to release Defendant JOHN TIMOTHY PERALTA upon the conditions set forth below.

3. Defendant JOHN TIMOTHY PERALTA stipulates for his release upon the conditions set forth below.

4. Defense Counsel, William L. Gavras, Esq., stipulates to release Defendant JOHN TIMOTHY PERALTA upon the conditions set forth below.

<u>United States of America v. Peralta</u>, Criminal Case No. 05-00039
Stipulation for Release to Third Party Custodian
August, 2005

## CONDITIONS OF RELEASE

1. That the defendant be released on an unsecured bond and to the third party custody of Makiko Seto Peralta and that he reside at **REDACTED**;

2. That the defendant shall not change his residence without advance permission from the court and the U.S. Probation Office;

3. That the defendant shall notify the court and the U.S. Probation Office in advance if the defendant's wife's immigration status changes and she is to return to Japan;

4. That the defendant shall report to the Immigration and Customs Enforcement at 472-7264 and the U.S. Probation Office at 473-9201 as directed, and shall submit a monthly pretrial supervision report to the U.S. Probation Office between the first to the fifth of each month;

5. That the defendant shall maintain or actively seek employment;

6. That the defendant shall surrender any passport to the Clerk of Court;

7. That the defendant shall not obtain another passport;

8. That the defendant shall avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution;

9. That the defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons;

10. That the defendant shall refrain from any use of alcohol;

United States of America v. Peralta, Criminal Case No. 05-00039
Stipulation for Release to Third Party Custodian
August, 2005

11. That the defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner; and

12. That the defendant shall submit to any method of testing required by the pretrial services officer or the supervising officer for determining whether he is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat path, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

**SO STIPULATE.**

Date: August 18, 2005.   By: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
JOHN TIMOTHY PERALTA

Date: August __, 2005.   By: _____
JOHN TIMOTHY PERALTA
Defendant

Date: August 18, 2005.   By: _____
MARIVIC DAVID, ESQ.
Assistant U. S. Attorney

Date: August 18, 2005.   By: _____
MARIA CRUZ
Probation Officer