William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
JOHN TIMOTHY PERALTA

FILED
DISTRICT COURT OF GUAM
AUG 18 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. CASE NO. 05-00039 |
| vs. | |
| JOHN TIMOTHY PERALTA, | ORDER |
| Defendant. | |

IT IS HEREBY ORDERED that the Defendant be released from confinement upon the conditions set forth in the Stipulation For Release To Third party Custodian signed by all parties and the Defendant and filed August 18, 2005.

Dated: August 18, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge

RECEIVED
AUG 18 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM