# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> John Timothy Peralta, <br><br> Defendant. | Case No. 1:05-cr-00039 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Conditions of Release, filed August 19, 2005* on the dates indicated below:

*U.S. Attorney's Office*   *William Gavras*   *U.S. Probation Office*   *U.S. Marshal Service*
*August 22, 2005*          *August 22, 2005*  *August 22, 2005*         *August 22, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Conditions of Release, filed August 19, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 22, 2005                          /s/ Virginia T. Kilgore
                                                     Deputy Clerk