
FILED
DISTRICT COURT OF GUAM
SEP _ 9 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN TIMOTHY PERALTA ) <br> Defendant. ) <br> _____) | CRIMINAL CASE NO. 05-00039-002 <br><br> **INFORMATIONAL REPORT** |

**Re: Failure to Abstain from Alcohol Use**

On May 27, 2005, John Timothy Peralta made an Initial Appearance in the District Court of Guam in USDC Criminal Case Number 05-00039-002, on a four count Indictment charging him with Conspiracy to Import Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), (b)(1)(H), and 963; Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846; Attempted Possession of Methamphetamine Hydrochloride with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846; and Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i), 1956(h), and 2. He was detained following this hearing.

On August 18, 2005, Mr. Peralta was released on an unsecured bond to the third party custody of his wife, Makiko Seto Peralta with the following conditions: that he not change residence without the advance permission of the Court and the U.S. Probation Office; notify the Court and the U.S. Probation Office in advance if his wife's immigration status changes and she is to return to Japan; report to the Immigration and Customs Enforcement and the U.S. Probation Office as directed, and submit a monthly pretrial supervision report to the U.S. Probation Office between the first and fifth of each month; maintain or actively seek employment; surrender any passport to the Clerk of Court; not obtain another passport; avoid all contact, directly and indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution; refrain from possessing a firearm, destructive device, or other dangerous weapons; refrain from any use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; and submit to any method of testing required by the pretrial services officer or supervising officer for determining whether he is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

INFORMATIONAL REPORT
Failure to Abstain from Alcohol Use
Re: PERALTA, John Timothy
USDC Cr. Cs. No. 05-00039-002
September 7, 2005
Page 2

On August 19, 2005, Mr. Peralta appeared before the District Court in USDC Criminal Case No. 05-00061-001 on a Waiver of Indictment, Filing of Information and Plea, to answer to the charges of Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii), and 846; and Money Laundering Conspiracy, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 1956(h), and 2. Mr. Peralta entered a plea of guilty during this hearing and was released on the same conditions listed above.

On August 22, 2005, Mr. Peralta reported to the U.S. Probation Office for supervision processing. In reviewing his conditions of release, he admitted to consuming two cans of Bud Lite beer on August 19, 2005 and a can of Bud Lite beer on August 20, 2005. He stated that he was overwhelmed with anxiety over his criminal case, his happiness at having been released from detention, and a "whim of ignorance" at not fully understanding the consequences of his current situation.

This report is being submitted for informational purposes at this time. Mr. Peralta's release conditions were not only reviewed with him, but with his wife, who is his third party custodian. His compliance with the release conditions will continue to be monitored.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Ms. Marivic P. David, AUSA
    Mr. William Gavras, Defense Counsel
    File