William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
JOHN TIMOTHY PERALTA

FILED
DISTRICT COURT OF GUAM
MAR - 1 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. CASE NO. 05-00039 |
| vs. | |
| JOHN TIMOTHY PERALTA, | OBJECTION TO PRESENTENCE REPORT |
| Defendant. | |

Comes Now Defendant, John Timothy Peralta, and objects to the presentence report as follows:

1. Defendant objects to paragraphs 68 and 76, both of which assess a four level upward adjustment for an alleged organizer or leader role in the offenses. Defendant was neither an organizer nor a leader nor was he a manager. No upward adjustment is warranted. If the objection is sustained, the resulting total offense level would be reduced to 27.

2. Both Maravic David, the Government's attorney, and Carleen Borja, the U.S. Probation Officer who prepared the presentence report, were asked if either objected to Defendant filing this objection to the presentence report at this time. Both affirmatively stated that they had no objection.

3. Defendant is largely unaware of the Government's evidence to support the upward adjustment and accordingly cannot estimate the length of Defendant's sentencing hearing. Roughly, that portion of the hearing on this objection alone could take as little as five minutes or as much as forty minutes.

WHEREFORE Defendant prays that this Honorable Court sustain the objection.

LAW OFFICES OF GORMAN & GAVRAS

Date: March 1, 2006.   By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
JOHN TIMOTHY PERALTA

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the United States Attorney, and the U.S. Probation Office a true and correct copy of this document on or before March 1, 2006

LAW OFFICES OF GORMAN & GAVRAS

Date: March 1, 2006   BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
JOHN TIMOTHY PERALTA