William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
JOHN TIMOTHY PERALTA



**FILED**
DISTRICT COURT OF GUAM
MAR 14 2006
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. CASE NO. 05-00039 |
| vs. | |
| JOHN TIMOTHY PERALTA, | DEFENDANT'S SUBMISSION OF LETTERS REGARDING HIS CHARACTER |
| Defendant. | |

Comes Now Defendant, John Timothy Peralta, and submits the attached two letters of support to aid this Court at his sentencing.

### CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the United States Attorney, and the U.S. Probation Office a true and correct copy of this document on or before March 14, 2006

LAW OFFICES OF GORMAN & GAVRAS

Date: March 14, 2006    BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
JOHN TIMOTHY PERALTA

**ORIGINAL**



# TANOTA
partners

667 North Marine Dr.
Suite 201 Tumon Guam 96913
Tel: 671-646-1384 Fax: 671-649-9269
email: manager@tano

## CERTIFICATION

TO WHOM IT MAY CONCERN:

This is to certify that Mr. John Peralta, his wife Makiko Seto and two children has been a tenant of Tanota Partners and has occupied Pacifica Apt. unit # 42.

His residency commenced from Jan. 2004 to present.

Mr. Peralta and his family has displayed exemplary performance during their stay and very responsible in making their payments. His wife and children are quiet, well behaved and loved by their neighboring tenants.

This certification is issued upon the request of Mr. Peralta for whatever legal purpose this may serve him.

Issued this 25th day of January 2006 at the Tanota Partners, Tumon Guam.

Doris C. Cruz
Tenant Relation
Tanota Partners

3/8/06

# TUMON SPORTS CLUB
P.O. 9171 • Tamuning, Guam 96931
Tel: (671) 646-6640 • Fax: (671) 649-0651

March 9, 2006

Re: **Letter of Character Reference for John Peralta**

To Whom It May Concern:

I have known John Peralta in a variety of capacities for many years. He has been employed intermittently with my company, Tumon Sports Club, for the past 10 years. He is currently employed as a Customer Service Sales Representative.

John makes himself available on his days off and is always willing to when we are short-staffed. He is extremely competent, and has an excellent rapport with people of all ages. He possesses good communication skills which is extremely important when servicing our customers. He is reliable and is capable of making competent decisions on his own.

In summary, I am pleased with John's general character and personality. He is dedicated to his job and responsibility within my company.

If you have any questions, please do not hesitate to contact me.

Sincerely,

TUMON SPORTS CLUB

Rose C. Acfalle
Owner