LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAR 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>GERARDO ELOY GONZALEZ, JR., and )<br>JOHN TIMOTHY PERALTA, )<br>)<br>Defendants. )<br>_____ ) | CRIMINAL CASE NO. 05-00039<br><br>**UNITED STATES' MOTION<br>TO DISMISS INDICTMENT** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause, as to defendants GERARDO ELOY GONZALEZ, JR. and JOHN TIMOTHY PERALTA, be dismissed, for the reason that the both defendants entered a plea of guilty to an Informations on May 31, 2005, under Criminal Case No. 05-00042, and on August 19, 2005, under Criminal Case No. 05-00061, respectively, which said Information incorporated similar criminal acts.

RESPECTFULLY submitted this 20th day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney