LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> GERARDO ELOY GONZALEZ, JR., and JOHN TIMOTHY PERALTA, <br> Defendant. | CRIMINAL CASE NO. 05-00039 <br><br> **ORDER** <br> Re: March 20, 2006 <br> United States' Motion to Dismiss Indictment |

The United State's Motion to Dismiss the Indictment in the above cause, filed March 20, 2006, is hereby granted.

**SO ORDERED** this 21st day of March, 2006.

*[signature]*
ALEX R. MUNSON*
United States District Judge

---

*The Honorable Alex R. Munson, United States District Judge for the District of the Northern Mariana Islands, sitting by designation.